# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

RONNIE EDWARDS,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 2:19-cv-00806-RFB-VCF

**ORDER TO PRODUCE RONNIE EDWARDS, # 92789**

TO:     MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
          INDIAN SPRINGS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **RONNIE EDWARDS, #92789,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **RONNIE EDWARDS, #92789,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Wednesday, May 15, 2019, at the hour of 9:30 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the

Court entitled above, until the said **RONNIE EDWARDS, #92789**, is released and discharged by the said Court; and that the said **RONNIE EDWARDS, #92789,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 10th day of May, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**